IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON R. MITCHELL, ET AL., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 99-6306 |
| CITY OF PHILADELPHIA, ET AL., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW,** this ____ day of April, 2010, upon consideration of Plaintiffs' Petition for Attorneys' Fees, Costs, and Expenses Pursuant to 42 U.S.C. § 1988 (Doc. 173); Defendant District Council 33's Response and Affidavit in opposition thereto (Docs. 177-178); and Plaintiffs' Reply (Doc. 180), **IT IS HEREBY ORDERED and DECREED** that Plaintiffs' Petition is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendants are jointly and severally liable for attorneys' fees in the amount of $154,880 and costs in the amount of $1,935.40.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**